IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Cr. No. 02-20262 Ml |
| WILLIAM HARRIS, | ) |
| Defendant. | ) |

ORDER DENYING MOTION TO WITHDRAW

Before the Court is attorney Robert C. Brooks's Motion to Withdraw, filed May 4, 2005. It appears that, as a matter of policy, this issue has been resolved in the case of USA v. Sharn Raynard Milan, Criminal Case No. 01-10031 T/An, and, therefore, the motion should be denied.

IT IS SO ORDERED THIS 5 DAY OF May, 2005.

JON PHIPPS McCALLA
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 5-10-05

229

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 229 in case 2:02-CR-20262 was distributed by fax, mail, or direct printing on May 10, 2005 to the parties listed.

---

Lorraine Craig
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Robert C. Brooks
LAW OFFICE OF ROBERT C. BROOKS
P.O. Box 771558
Memphis, TN 38177

Lorraine Craig
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT