IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff/Respondent,

VS.                        CR No. 02-20262-Ml

WILLIAM HARRIS,

    Defendant/Petitioner.

**MOTION GRANTED**
JON PHIPPS McCALLA
U.S. DISTRICT JUDGE

EX PARTE MOTION FOR APPOINTMENT
PURUSANT TO THE CRIMINAL JUSTICE ACT

Robert C. Brooks, Attorney at Law, who was retained to represent the defendant in the Court of Appeals, hereby moves to be appointed pursuant to the Criminal Justice Act to represent the defendant in the District Court, and for grounds would show to the Court that:

1) the defendant's case has been remanded to the district court for resentencing;

2) the defendant has previously been found to be indigent by the district court, and he remains so; and

3) Counsel has not been retained to represent the defendant in the district court.

WHEREFORE, PREMISES CONSIDERED, COUNSEL PRAYS that he be appointed to represent the defendant pursuant to the

Criminal Justice Act.

                                            Respectfully submitted,

                                            ROBERT C. BROOKS
                                            Attorney at Law
                                            P.O. Box 771558
                                            Memphis, TN 38177
                                            (901)763-2832

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 231 in case 2:02-CR-20262 was distributed by fax, mail, or direct printing on June 27, 2005 to the parties listed.

---

Lorraine Craig
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Lorraine Craig
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Robert C. Brooks
LAW OFFICE OF ROBERT C. BROOKS
P.O. Box 771558
Memphis, TN 38177

Honorable Jon McCalla
US DISTRICT COURT